UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDEQUITIES REALTY TRUST, INC., JOHN W. MCROBERTS, RANDALL L. CHURCHEY, JOHN N. FOY, STEVEN I. GERINGER, STEPHEN L. GUILLARD, WILLIAM C. HARLAN, ELLIOTT MANDELBAUM, and TODD W. MANSFIELD,<br><br>Defendants. | Case No. 3:19-cv-00231<br><br>NOTICE OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 18, 2019

Respectfully submitted,

*s/Paul Kent Bramlett*
Paul Kent Bramlett #7387/ MS #4291
Robert Preston Bramlett #25895
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Tel.: 615.248.2828
Fax: 866.816.4116
E-mail: PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

OF COUNSEL:

WEISSLAW LLP
Richard A. Acocelli
Michael A. Rogovin
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the above **NOTICE OF VOLUNTARY DISMISSAL** on the Court's CM/ECF system, which will serve all counsel as follows:

Jeremy A. Oliver
W. Travis Parham
Waller, Lansden, Dortch & Davis, LLP
2700 Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
T: (615) 850-8488
F: (615) 244-6804
Email: jeremy.oliver@wallerlaw.com
Email: travis.parham@wallerlaw.com

Joel C. Haims
Lauren M. Gambier
Morrison & Foerster LLP
250 W 55th Street
New York, NY 10019
T: (212) 468-8000
F: (212) 468-7900
Email: jhaims@mofo.com
Email: LGambier@mofo.com

So certified this 18th of October 2019.

        s/ Paul Kent Bramlett
        Paul Kent Bramlett